# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Ruby Pipeline, L.L.C.,[1] | Case No. 22-10278 (CTG) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Jason Sugarman, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*")[2], the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 case.

On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**, via overnight mail on the Cash Management Bank Service List attached hereto as **Exhibit B**, on the Insurance & Surety Providers Service List attached hereto as **Exhibit C,** on the Taxing Authorities Service List attached hereto as **Exhibit D**, and on the Utility Providers Service List attached hereto as **Exhibit E**:

- Notice of (I) Filing of Bankruptcy Petition and Related Documents and (II) Agenda for Hearing on First Day Motions Scheduled for April 4, 2022 at 1:00 p.m. (Prevailing Eastern Time), Before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware [Docket No. 15]

On April 1, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Core/2002 Email Service List attached hereto as **Exhibit F**:

- Application of Debtor for Appointment of Kroll Restructuring Administration LLC as Claims and Noticing Agent [Docket No. 4]

- Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor (A) to Continue Use of Its Existing Cash Management System, Bank Accounts, Checks, and Business Forms, and (B) to Pay Related Prepetition Obligations, (II) Waiving the Section 345(b) Deposit and Investment Requirements and (III) Granting Related Relief [Docket No. 5]

---

[1] The last four digits of the Debtor's tax identification number are 2249. The main address of the Debtor is 1001 Louisiana Street, Houston, Texas 77002.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor (A) to Maintain Existing Insurance and Bonding Programs and Pay All Obligations Arising Thereunder and (B) to Renew, Revise, Extend, Supplement, Change or Obtain New Insurance Policies and Surety Bonds; and (II) Granting Related Relief [Docket No. 6]

- Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7]

- Motion of the Debtor for Entry of Interim and Final Orders (A) Approving the Debtor's Proposed Form of Adequate Assurance of Payment, (B) Establishing Procedures for Resolving Objections by the Utility Companies, (C) Prohibiting the Utility Companies from Altering, Refusing, or Discontinuing Service, and (D) Granting Related Relief [Docket No. 8]

- Motion of the Debtor for Entry of Interim and Final Orders Authorizing the Debtor to Pay Certain Prepetition Claims of Critical Vendors [Docket No. 9]

- Declaration of Will W. Brown in Support of Debtor's Petition and Requests for First Day Relief [Docket No. 10]

Dated: April 1, 2022

*/s/ Jason Sugarman*
Jason Sugarman

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 1, 2022, by Jason Sugarman, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| TOP 20 UNSECURED CREDITOR | 6.00% SENIOR NOTES DUE APRIL 2022 WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY, SVP AND DIRECTOR 500 DELAWARE AVENUE WILMINGTON DE 19801 | 302-421-9137 | phealy@wsfsbank.com | Facsimile, Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | ABB INC. | ATTN: DALE SCHAFER, INTERNATIONAL SALES MANAGER 305 GREGSON DRIVE CARY NC 27511 | 310-324-5102 ; 860-298-7641 | dale.schafer@us.abb.com | Facsimile, Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | ARCADIS | ATTN: JEFF BUDZICH 630 PLAZA DRIVE, SUITE 200 HIGHLANDS RANCH CO 80129 | | Jeffrey.Budzich@arcadis.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | CH2M HILL ENGINEERS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL 3120 HIGHWOODS BLVD STE. 214 RALEIGH NC 27604 | | wwaldron@ch2m.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | CHEVRON PHILLIPS CHEMICAL CO | ATTN: PRESIDENT OR GENERAL COUNSEL 10001 SIX PINES DR. THE WOODLANDS TX 77830 | 918-661-5174 | | Facsimile and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | D&B PROFESSIONAL CLEANING SVC | ATTN: PRESIDENT OR GENERAL COUNSEL 70 13TH ST ELKO NV 89803 | | db_professional@hotmail.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | D&B PROFESSIONAL CLEANING SVC | ATTN: PRESIDENT OR GENERAL COUNSEL PO BOX 2578 ELKO NV 89803 | | db_professional@hotmail.com | Email and Overnight Mail |
| THE AD HOC GROUP OF HOLDERS OF THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | DAVIS POLK & WARDELL LLP | ATTN: DAMIEN S. SCHAIBLE, ARYEH ETHAN FALK, ELLIOT MOSKOWITZ, DARREN S. KLEIN, JARRET ERICKSON 450 LEXINGTON AVE NEW YORK  NY 10017 | | damien.schaible@davispolk.com aryeh.falk@davispolk.com elliot.moskowitz@davispolk.com darren.klein@davispolk.com jarret.erickson@davispolk.com | Email and Overnight Mail |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 | 302-577-8632 | FASNOTIFY@STATE.DE.US | Facsimile, Email and Overnight Mail |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 | 302-739-5831 | DOSDOC_FTAX@STATE.DE.US | Facsimile, Email and Overnight Mail |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100 DOVER DE 19904 | 302-739-5635 | STATETREASURER@STATE.DE.US | Facsimile, Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | DRESSER-RAND COMPANY | ATTN: PRESIDENT OR GENERAL COUNSEL WEST8 TOWER, SUITE 1000 10205 WESTHEIMER ROAD HOUSTON TX 77042 | 713-354-6110 | cashappssei.us@siemens.com | Facsimile, Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | ELECSYS INTERNATIONAL LLC | ATTN: PRESIDENT OR GENERAL COUNSEL 18135 BURKE STREET STE 100 OMAHA, NE 68022 | | accountsreceivable@elecsyscorp.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | ELECSYS INTERNATIONAL LLC | ATTN: PRESIDENT OR GENERAL COUNSEL 846 N. MART-WAY COURT OLATHE, KS 66061 | | accountsreceivable@elecsyscorp.com | Email and Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | | Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 10 (AK, ID, OR, WA) 1200 SIXTH AVENUE SUITE 900 SEATTLE WA 98101 | 206-553-2955 | | Facsimile and Overnight Mail |

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 3 (DC, DE, MD, PA, VA, WV)<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | 215-814-5103 | r3public@epa.gov<br>Dunn.Bettina@epa.gov | Facsimile, Email and Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 6 (AR, LA, NM, OK, TX)<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | | Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 8 (CO, MT, ND, SD, UT, WY)<br>1595 WYNKOOP ST.<br>DENVER CO 80202-1129 | 303-312-6339 | r8eisc@epa.gov | Facsimile, Email and Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 9 (AZ, CA, HI, NV)<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | 415-947-3553 | r9.info@epa.gov<br>Sugerman.Rebecca@epa.gov | Facsimile, Email and Overnight Mail |
| THE LENDERS UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | EP RUBY LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1001 LOUISIANA STREET, SUITE 1000<br>HOUSTON TX 77022 | 713-224-9511 | | Facsimile and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | FARNSWORTH GROUP | ATTN: JOEL HERRMANN<br>2709 MCGRAW DR<br>BLOOMINGTON IL 67104 | | jherrmann@F-W.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | GREAT BASIN RESTORATION LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>3100 EAST TWIN FALLS<br>TWIN FALLS ID 83301 | | lance@GREATBASINRESTORATION.com | Email and Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Facsimile and Overnight Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Facsimile and Overnight Mail |
| COUNSEL FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA  30309-4528 | 404-541-3307 | tmeyers@kilpatricktownsend.com | Facsimile, Email and Overnight Mail |
| COUNSEL FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-7703 | 212-775-8800 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com | Facsimile, Email and Overnight Mail |
| KINDER MORGAN, INC | KINDER MORGAN, INC | ATTN: ANDREW LEUNG, DIRECTOR OF CORPORATE DEVELOPMENT<br>1001 LOUISIANA ST., SUITE 1000<br>HOUSTON TX 77022 | 713-230-5575 | Andrew_Leung@kindermorgan.com<br>Eric_McCord@kindermorgan.com<br>Julia_Forrester-Sellers@kindermorgan.com | Facsimile, Email and Overnight Mail |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, ESQ., WILLIAM O. RECKLER, ESQ., BLAKE T. DENTON, ESQ.<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | | adam.goldberg@lw.com;<br>william.reckler@lw.com; blake.denton@lw.com | Email |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: SHAWN P. HANSEN, ESQ.<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES, CA 90071 | ATTN: SHAWN P. HANSEN, ESQ.35 | shawn.hansen@lw.com | Email |
| TOP 20 UNSECURED CREDITOR | LAW OFFICES OF PATRICIA WILLIAMS PREWITT | ATTN: PRESIDENT OR GENERAL COUNSEL<br>2456 FM 112<br>TAYLOR, TX 76574 | | | Overnight Mail |

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 | 302-571-1750 | emonzo@morrisjames.com bkeilson@morrisjames.com | Facsimile, Email and Overnight Mail |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | 202-331-1427 | kcordry@naag.org | Facsimile, Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | NIXON & ASSOCIATES LLC | ATTN: NEIL NIXON 502 SABER CT SE LEESBURG VA 20175 | 703-443-1181 | neilnixon@nixonassoc.com | Facsimile, Email and Overnight Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE 1313 N. MARKET STREET WILMINGTON DE 19801 | | | Overnight Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOHN HENRY SCHANNE, II 844 KING STREET, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 | 302-573-6497 | john.schanne@usdoj.gov | Facsimile, Email and Overnight Mail |
| PEMBINA CORPORATION | PEMBINA CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 4000,585 – 8TH AVENUE S.W. CALGARY AB T2P 1G1 CANADA | 403-237-0254 | | Facsimile and Overnight Mail |
| THE LENDERS UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | PEMBINA U.S. CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 5615 KIRBY DRIVE, SUITE 500 HOUSTON TX 77004 | | | Overnight Mail |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | ATTN: PETE BUTTIGIEG US DEPARTMENT OF TRANSPORTATION 1200 NEW JERSEY AVE, SE WASHINGTON DC 20590 | 202-366-7228 | | Facsimile and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | POWER SERVICE | ATTN: PRESIDENT OR GENERAL COUNSEL P.O. BOX 1089 WEATHERFORD TX 76086 | 817-559-4893 | | Facsimile and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | REDI SERVICES, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL 225 W. OWEN STREET LYMAN, WY 82937 | | caimone@rediservicesllc.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | REDI SERVICES, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL PO BOX 310 LYMAN, WY 82937 | | caimone@rediservicesllc.com | Email and Overnight Mail |
| COUNSEL TO DEBTOR | RICHARDS LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, DANIEL J. DEFRANCESCHI, JOHN H. KNIGHT, BRETT M. HAYWOOD, DAVID T. QUEROLI, J. ZACHARY NOBLE, SHEILAH A. JENNINGS, EMILY R. MATHEWS ONE RODNEY SQUARE 920 NORTH KING STREET WILMINGTON DE 19801 | | gross@rlf.com defranceschi@rlf.com knight@rlf.com haywood@rlf.com queroli@rlf.com noble@rlf.com sjennings@rlf.com mathews@rlf.com | Email |
| TOP 20 UNSECURED CREDITOR | RUPP WASTE CONTAINERS | ATTN: PRESIDENT OR GENERAL COUNSEL 7905 W 9600 N TREMONTON, UT 84337 | | cherri@rupptrucking.com | Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | SANDER RESOURCES LLC | ATTN: PRESIDENT OR GENERAL COUNSEL 1011 SAN JACINTO, SUITE 411 AUSTIN TX 78701 | | | Overnight Mail |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY 100 F. STREET NE WASHINGTON DC 20549 | | SECBANKRUPTCY@SEC.GOV | Email and Overnight Mail |

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT BROOKFIELD PLACE 200 VESEY STREET, STE 400 NEW YORK NY 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV NYROBANKRUPTCY@SEC.GOV | Email and Overnight Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT ONE PENN CENTER 1617 JFK BLVD, STE 520 PHILADELPHIA PA 19103 | | SECBANKRUPTCY@SEC.GOV | Email and Overnight Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | 916-323-5341 | bankruptcy@coag.gov | Facsimile, Email and Overnight Mail |
| STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | ATTN: BANKRUPTCY DEPT 1001 I STREET P.O. BOX 2815 SACRAMENTO CA 95812-2815 | | | Overnight Mail |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | 720-508-6030 | | Facsimile and Overnight Mail |
| STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | ATTN; MARTHA RUDOLPH 4300 CHERRY CREEK DRIVE SOUTH DENVER CO 80246-1530 | | | Overnight Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US | Facsimile, Email and Overnight Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | 302-577-6630 | Attorney.General@state.DE.US | Facsimile, Email and Overnight Mail |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | ATTN: BANKRUPTCY DEPT 89 KINGS HWY DOVER DE 19901 | | | Overnight Mail |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 100 NORTH CARSON STREET CARSON CITY NV 89701 | 775 684-1108 | AgInfo@ag.nv.gov | Facsimile, Email and Overnight Mail |
| STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES (DEP) | STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES (DEP) | DIVISION OF ENVIRONMENTAL PROTECTION 901 SOUTH STEWART STREET SUITE 4001 CARSON CITY NV 89701–5249 | 775-687-5856 | | Facsimile and Overnight Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 1162 COURT STREET NE SALEM OR 97301 | 503 378-4017 | consumer.hotline@doj.state.or.us | Facsimile, Email and Overnight Mail |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT CAPITOL STATION PO BOX 12548 AUSTIN TX 78711-2548 | 512-475-2994 | public.information@oag.state.tx.us | Facsimile, Email and Overnight Mail |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT BUILDING LETTER PO BOX 13087 AUSTIN TX 78711-3087 | | ac@tceq.texas.gov | Email and Overnight Mail |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT PO BOX 142320 SALT LAKE CITY UT 84114-2320 | 801 538-1121 | uag@utah.gov | Facsimile, Email and Overnight Mail |

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT 195 NORTH 1950 WEST SALT LAKE CITY UT 84116 | | | Overnight Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT 123 CAPITOL BUILDING 200 W. 24TH STREET CHEYENNE WY 82002 | 307 777-6869 | | Facsimile and Overnight Mail |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPT 122 W 25TH ST HERSCHLER BUILDING CHEYENNE WY 82002 | 307-777-7682 | keith.guille@wyo.gov | Facsimile, Email and Overnight Mail |
| THE FEDERAL ENERGY REGULATORY COMMISSION | THE FEDERAL ENERGY REGULATORY COMMISSION | ATTN: KIMBERLY D. BOSE, SECRETARY, NATHANIEL J. DAVIS, SR., DEPUTY SECRETARY 888 FIRST STREET, NE WASHINGTON DC 20426 | 202-502-6449 | kimberly.bose@ferc.gov nathaniel.davis@ferg.gov | Facsimile, Email and Overnight Mail |
| TOP 20 UNSECURED CREDITOR | THE KLAMATH TRIBES | ATTN: TRIBAL COUNSEL CHAIR & GENERAL MANAGER P.O. BOX 436 501 CHILOQUIN BLVD. CHILOQUIN OR 97624 | | | Overnight Mail |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT US DEPT OF JUSTICE 950 PENNSYLVANIA AVE NW WASHINGTON DC 20530-0001 | | | Overnight Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS 1007 ORANGE ST STE 700 PO BOX 2046 WILMINGTON DE 19899-2046 | 302-573-6220 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Facsimile, Email and Overnight Mail |
| US DEPARTMENT OF TRANSPORTATION | US DEPARTMENT OF TRANSPORTATION | ATTN: PETE BUTTIGIEG 1200 NEW JERSEY AVE, SE WASHINGTON DC 20590 | 202-366-7228 | | Facsimile and Overnight Mail |
| THE INDENTURE TRUSTEE UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES AND THE LENDERS UNDER THE DEBTOR'S PREPETITION SUBORDINATED NOTES | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY, SVP AND DIRECTOR 500 DELAWARE AVENUE WILMINGTON DE 19801 | 302-421-9137 | PHEALY@WSFSBANK.COM | Facsimile, Email and Overnight Mail |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL R. NESTOR, ESQ., KARA HAMMOND COYLE, ESQ., ALLISON S. MIELKE, ESQ., JOSHUA B. BROOKS, ESQ. RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON, DELAWARE 19801 | | bankfilings@ycst.com; mnestor@ycst.com; kcoyle@ycst.com; amielke@ycst.com; jbrooks@ycst.com | Email |

**Exhibit B**

Exhibit B
Cash Management Bank  Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| JPMORGAN CHASE BANK, N.A. | P O BOX 182051 | | COLUMBUS | OH | 43218 - 2051 |
| JPMORGAN CHASE BANK, N.A. | TERESA M. PUENTE-EZPITIA | 8181 COMMUNICATIONS PKWY BLDG B, FL 2 | PLANO | TX | 75024-0239 |
| JPMORGAN CHASE BANK, N.A. | JANETH CANO | 8181 COMMUNICATIONS PKWY BLD B, FL 02 | PLANO | TX | 75024-0239 |
| JPMORGAN CHASE BANK, N.A. | 270 PARK AVENUE | | NEW YORK | NY | 10017 |

## **Exhibit C**

Exhibit C
Insurance Surety Providers Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| AXA XL | 100 CONSTITUTION PLAZA | 17TH FLOOR | | HARTFORD | CT | 06103 |
| BERKLEY INSURANCE COMPANY - US | 475 STEAMBOAT ROAD | | | GREENWICH | CT | 06830 |
| BERKLEY PROFESSIONAL LIABILITY | ATTN: BRIAN HOLLOWS | 757 THIRD AVENUE | 10TH FLOOR | NEW YORK | NY | 10017 |
| CONTINENTAL CASUALTY COMPANY | 151 N FRANKLIN ST | | | CHICAGO | IL | 60606 |
| CONTINENTAL CASUALTY COMPANY | 333 S. WABASH AVENUE | | | CHICAGO | IL | 60604 |
| MCGRIFF INSURANCE SERVICES | 2211 7TH AVENUE SOUTH | | | BIRMINGHAM | AL | 35233 |
| MCGRIFF INSURANCE SERVICES | 3605 GLENWOOD AVE, #201 | | | RALEIGH | NC | 27612 |
| MCGRIFF INSURANCE SERVICES | 4777 SHARON ROAD, 4TH FLOOR | | | CHARLOTTE | NC | 28210 |
| MCGRIFF INSURANCE SERVICES | ATTN: RICHARD COVINGTON | 10100 KATY FREEWAY, SUITE 400 | | HOUSTON | TX | 77043 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | 175 WATER STREET | | | NEW YORK | NY | 10038 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | 625 LIBERTY AVENUE STREET 1100 | | | PITTSBURGH | PA | 15222 |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. | 1271 AVE OF THE AMERICAS FLOOR 37 | | | NEW YORK | NY | 10020 |
| RLI INSURANCE COMPANY | GENERAL COUNSEL | 9025 N LINDBERGH DR. | | PEORIA | IL | 61615 |
| RLI INSURANCE COMPANY | ATTN GENERAL COUNSEL | 8 GREENWAY PLAZA SUITE 400 | | HOUSTON | TX | 77046 |
| XL SPECIALTY INSURANCE COMPANY | 70 SEAVIEW AVENUE | | | STAMFORD | CT | 06902 |

**Exhibit D**

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
|------|-----------|-----------|-----------|------|-------|-----|
| BOX ELDER COUNTY | 01 SOUTH MAIN STREET | | | BRIGHAM CITY | UT | 84302-2548 |
| CACHE COUNTY | 179 N MAIN ST, SUITE 201 | | | LOGAN | UT | 84321 |
| DELAWARE DIVISION OF REVENUE | 820 N. FRENCH STREET | | | WILMINGTON | DE | 19801 |
| DEPARTMENT OF TRANSPORTATION | 1200 NEW JERSEY AVE, SE | | | WASHINGTON | DC | 20590 |
| ELKO COUNTY TREASURER | 571 IDAHO ST SUITE 101 | | | ELKO | NV | 89801-3715 |
| FEDERAL ENERGY REGULATORY COMMISSION | 888 FIRST ST NE | | | WASHINGTON | DC | 20002 |
| HUMBOLDT COUNTY TREASURER | 50 W 5TH ST | | | WINNEMUCCA | NV | 89445 |
| KLAMATH COUNTY, OREGON | PO BOX 1127 | | | MEDFORD | OR | 97501-0083 |
| LAKE COUNTY STATE COLLECTOR | 513 CENTER ST | | | LAKEVIEW | OR | 97630 |
| LINCOLN COUNTY TAX DEPARTMENT | 925 SAGE AVE., SUITE 201 | | | KEMMERER | WY | 83101 |
| NEVADA DEPARTMENT OF ENVIRONMENTAL PROTECTION | 1 RICHARD BRYAN BUILDING | 901 S STEWART ST # 4001 | | CARSON CITY | NV | 89701 |
| OREGON DEPARTMENT OF REVENUE | PROPERTY TAX DIVISION | 955 CENTER ST NE | PO BOX 14380 | SALEM | OR | 97309-5075 |
| OREGON DEPARTMENT OF REVENUE | PO BOX 14777 | | | SALEM | OR | 97309-0960 |
| Oregon Department of Revenue | PO Box 14380 | | | SALEM | OR | 97309-0940 |
| RICH COUNTY | PO BOX 186 | | | RANDOLPH | UT | 84064 |
| STATE OF NEVADA DEPARTMENT OF TAXATION | CENTRALLY ASSESSED PROPERTIES | 1550 COLLEGE PKWY SUITE 115 | | CARSON CITY | NV | 89706-7937 |
| UINTA COUNTY TREASURER | PO BOX 1530 | | | EVANSTON | WY | 82931-1530 |
| UTAH DIVISION OF AIR QUALITY | 195 N 1950 W | | | SALT LAKE CITY | UT | 84116 |
| UTAH STATE TAX COMMISSION | 210 NORTH 1950 W | | | SALT LAKE CITY | UT | 84134-3310 |
| WYOMING DEPARTMENT OF REVENUE | PROPERTY TAX DIVISION | 122 W 25TH ST, SUITE E301 | | CHEYENNE | WV | 82002-0110 |

**<u>Exhibit E</u>**

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| BEEHIVE TELEPHONE COMPANY | 2000 SUNSET ROAD | | LAKE POINT | UT | 84074 |
| DESERT DISPOSAL | 4602 W WINNEMUCCA BLVD. | | WINNEMUCCA | NV | 89445 |
| ELECSYS INTERNATIONAL | 846 N MART-WAY COURT | | OLATHE | KS | 66061 |
| ELKO SANITATION COMPANY | 355 W SILVER STREET | | ELKO | NV | 89801-3609 |
| ENGIE INSIGHT | 825 NE MULTNOMAH ST | | PORTLAND | OR | 97232 |
| ENGIE INSIGHT | 450 LEXINGTON AVE | STE 4-032 | NEW YORK | NY | 10017 |
| FIRESERVE, LLC | 900 MAIN ST. | SUITE B | KLAMATH FALLS | OR | 97601-5898 |
| GARMIN SERVICES, INC | TWO DELORME DR. SUITE #200 | | YARMOUTH | ME | 04096-6965 |
| HARNEY ELECTRIC COOPERATIVE INC | 277 LOTTERY LANE | PO BOX 587 | HINES | OR | 97738-0587 |
| HUMBOLDT TELEPHONE COMPANY | P.O. BOX 1910 | | NAMPA | ID | 83653-1910 |
| HUMBOLDT TELEPHONE COMPANY | 1023 N. HORTON ST. | | NAMPA | ID | 83651 |
| LUMEN TECHNOLOGIES | 1025 ELDORADO BLVD. | | BROOMFIELD | CO | 80021 |
| NI SATELLITE INC. | 8911 S. SAM HOUSTON PKWY W. SUITE 130 | | MISSOURI CITY | TX | 77489 |
| NV ENERGY | PO BOX 30073 | | RENO | NV | 89520-3073 |
| NV ENERGY | 6226 W. SAHARA AVE. | | LAS VEGAS | NV | 89146 |
| RAFT RIVER ELECTRIC | P.O. BOX 617 | | MALTA | ID | 83342-0617 |
| RAFT RIVER ELECTRIC | 155 N MAIN ST | | MALTA | ID | 83342 |
| REDI SERVICES | 225 W. OWEN STREET | PO BOX 310 | LYMAN | WY | 82937 |
| RIGNET, INC. | P.O. BOX 941629 | | HOUSTON | TX | 77094 |
| ROCKY MOUNTAIN POWER | PO BOX 400 | | PORTLAND | OR | 97526-0001 |
| ROCKY MOUNTAIN POWER | 1407 W NORTH TEMPLE | | SALT LAKE CITY | UT | 84116 |
| RTI | 892 W MADISON AVE | | GLENNS FERRY | ID | 83623 |
| RUPP WASTE CONTAINERS | 7905 W 9600 N | | TREMONTON | UT | 84337 |
| SATCOM GLOBAL LTD. | 1 TARA BLVD. SUITE 301 | | NASHUA | NH | 03062 |
| SPOT LLC | PO BOX 99 | | MANDEVILLE | LA | 70470-0099 |
| SPOT LLC | 29 MARION RD | | ARLINGTON | MA | 02474-6637 |
| SPOT LLC | 1351 HOLIDAY SQUARE BLVD | | COVINGTON | LA | 70433 |
| SURPRISE VALLEY ELECTRIFICATION CORP. | 800 W 12TH STREET | | ALTURAS | CA | 96101 |
| VERIZON WIRELESS | PO BOX 16810 | | NEWARK | NJ | 07101-6810 |
| VERIZON WIRELESS | 1095 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 |
| VIASAT INC. | PO BOX 512860 | | LOS ANGELES | CA | 90051-2860 |
| VIASAT INC. | 6155 EL CAMINO REAL | | CARLSBAD | CA | 92009 |
| WASTE MANAGEMENT OF OREGON | PO BOX 42150 | | PHOENIX | AZ | 85080 |
| WASTE MANAGEMENT OF OREGON | 1001 FANNIN STREET | | HOUSTON | TX | 77002 |

## Exhibit E
Utility Providers  Service List
Served via overnight mail

| NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-----------|-----------|------|-------|-----|
| WELLS RURAL ELECTRIC COMPANY | 1451 HUMBOLDT AVE. | P.O. BOX 365 | WELLS | NV | 89835 |

**<u>Exhibit F</u>**

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 20 UNSECURED CREDITOR | 6.00% SENIOR NOTES DUE APRIL 2022 WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY, SVP AND DIRECTOR 500 DELAWARE AVENUE WILMINGTON DE 19801 | phealy@wsfsbank.com |
| TOP 20 UNSECURED CREDITOR | ABB INC. | ATTN: DALE SCHAFER, INTERNATIONAL SALES MANAGER 305 GREGSON DRIVE CARY NC 27511 | dale.schafer@us.abb.com |
| TOP 20 UNSECURED CREDITOR | ARCADIS | ATTN: JEFF BUDZICH 630 PLAZA DRIVE, SUITE 200 HIGHLANDS RANCH CO 80129 | Jeffrey.Budzich@arcadis.com |
| TOP 20 UNSECURED CREDITOR | CH2M HILL ENGINEERS INC. | ATTN: PRESIDENT OR GENERAL COUNSEL 3120 HIGHWOODS BLVD STE. 214 RALEIGH NC 27604 | wwaldron@ch2m.com |
| TOP 20 UNSECURED CREDITOR | D&B PROFESSIONAL CLEANING SVC | ATTN: PRESIDENT OR GENERAL COUNSEL 70 13TH ST ELKO NV 89803 | db_professional@hotmail.com |
| TOP 20 UNSECURED CREDITOR | D&B PROFESSIONAL CLEANING SVC | ATTN: PRESIDENT OR GENERAL COUNSEL PO BOX 2578 ELKO NV 89803 | db_professional@hotmail.com |
| THE AD HOC GROUP OF HOLDERS OF THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | DAVIS POLK & WARDELL LLP | ATTN: DAMIEN S. SCHAIBLE, ARYEH ETHAN FALK, ELLIOT MOSKOWITZ, DARREN S. KLEIN, JARRET ERICKSON 450 LEXINGTON AVE NEW YORK NY 10017 | damien.schaible@davispolk.com aryeh.falk@davispolk.com elliot.moskowitz@davispolk.com darren.klein@davispolk.com jarret.erickson@davispolk.com |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100 DOVER DE 19904 | STATETREASURER@STATE.DE.US |
| TOP 20 UNSECURED CREDITOR | DRESSER-RAND COMPANY | ATTN: PRESIDENT OR GENERAL COUNSEL WEST8 TOWER, SUITE 1000 10205 WESTHEIMER ROAD HOUSTON TX 77042 | cashapssei.us@siemens.com |
| TOP 20 UNSECURED CREDITOR | ELECSYS INTERNATIONAL LLC | ATTN: PRESIDENT OR GENERAL COUNSEL 18135 BURKE STREET STE 100 OMAHA, NE 68022 | accountsreceivable@elecsyscorp.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| TOP 20 UNSECURED CREDITOR | ELECSYS INTERNATIONAL LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>846 N. MART-WAY COURT<br>OLATHE, KS 66061 | accountsreceivable@elecsyscorp.com |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 3 (DC, DE, MD, PA, VA, WV)<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | r3public@epa.gov<br>Dunn.Bettina@epa.gov |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 8 (CO, MT, ND, SD, UT, WY)<br>1595 WYNKOOP ST.<br>DENVER CO 80202-1129 | r8eisc@epa.gov |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 9 (AZ, CA, HI, NV)<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | r9.info@epa.gov<br>Sugerman.Rebecca@epa.gov |
| TOP 20 UNSECURED CREDITOR | FARNSWORTH GROUP | ATTN: JOEL HERRMANN<br>2709 MCGRAW DR<br>BLOOMINGTON IL 67104 | jherrmann@F-W.com |
| TOP 20 UNSECURED CREDITOR | GREAT BASIN RESTORATION LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>3100 EAST TWIN FALLS<br>TWIN FALLS ID 83301 | lance@GREATBASINRESTORATION.com |
| COUNSEL FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA  30309-4528 | tmeyers@kilpatricktownsend.com |
| COUNSEL FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com |
| KINDER MORGAN, INC | KINDER MORGAN, INC | ATTN: ANDREW LEUNG, DIRECTOR OF CORPORATE DEVELOPMENT<br>1001 LOUISIANA ST., SUITE 1000<br>HOUSTON TX 77022 | Andrew_Leung@kindermorgan.com<br>Eric_McCord@kindermorgan.com<br>Julia_Forrester-Sellers@kindermorgan.com |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, ESQ. WILLIAM O. RECKLER, ESQ. BLAKE T. DENTON, ESQ. | adam.goldberg@lw.com; william.reckler@lw.com; blake.denton@lw.com |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: SHAWN P. HANSEN | shawn.hansen@lw.com |
| COUNSEL FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org |
| TOP 20 UNSECURED CREDITOR | NIXON & ASSOCIATES LLC | ATTN: NEIL NIXON<br>502 SABER CT SE<br>LEESBURG VA 20175 | neilnixon@nixonassoc.com |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOHN HENRY SCHANNE, II<br>844 KING STREET, STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | john.schanne@usdoj.gov |
| TOP 20 UNSECURED CREDITOR | REDI SERVICES, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>225 W. OWEN STREET<br>LYMAN, WY 82937 | caimone@rediservicesllc.com |
| TOP 20 UNSECURED CREDITOR | REDI SERVICES, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>PO BOX 310<br>LYMAN, WY 82937 | caimone@rediservicesllc.com |
| COUNSEL TO DEBTOR | RICHARDS LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, DANIEL J. DEFRANCESCHI, JOHN H. KNIGHT, BRETT M. HAYWOOD, DAVID T. QUEROLI, J. ZACHARY NOBLE, SHEILAH A. JENNINGS, EMILY R. MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | gross@rlf.com<br>defranceschi@rlf.com<br>knight@rlf.com<br>haywood@rlf.com<br>queroli@rlf.com<br>noble@rlf.com<br>sjennings@rlf.com<br>mathews@rlf.com |
| TOP 20 UNSECURED CREDITOR | RUPP WASTE CONTAINERS | ATTN: PRESIDENT OR GENERAL COUNSEL<br>7905 W 9600 N<br>TREMONTON, UT 84337 | cherri@rupptrucking.com |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | Attorney.General@state.DE.US |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AgInfo@ag.nv.gov |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | consumer.hotline@doj.state.or.us |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | public.information@oag.state.tx.us |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | ac@tceq.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPT<br>122 W 25TH ST<br>HERSCHLER BUILDING<br>CHEYENNE WY 82002 | keith.guille@wyo.gov |
| THE FEDERAL ENERGY REGULATORY COMMISSION | THE FEDERAL ENERGY REGULATORY COMMISSION | ATTN: KIMBERLY D. BOSE, SECRETARY, NATHANIEL J. DAVIS, SR., DEPUTY SECRETARY<br>888 FIRST STREET, NE<br>WASHINGTON DC 20426 | kimberly.bose@ferc.gov<br>nathaniel.davis@ferg.gov |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV |

| DESCRIPTION | NAME | ADDRESS | EMAIL |
|---|---|---|---|
| THE INDENTURE TRUSTEE UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES AND THE LENDERS UNDER THE DEBTOR'S PREPETITION SUBORDINATED NOTES | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY, SVP AND DIRECTOR 500 DELAWARE AVENUE WILMINGTON DE 19801 | PHEALY@WSFSBANK.COM |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: MICHAEL R. NESTOR, ESQ. KARA HAMMOND COYLE, ESQ. ALLISON S. MIELKE, ESQ. JOSHUA B. BROOKS, ESQ. | bankfilings@ycst.com; mnestor@ycst.com; kcoyle@ycst.com; amielke@ycst.com; jbrooks@ycst.com |