# EXHIBIT C

**Rush Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Ruby Pipeline, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10278 (CTG) |

**DECLARATION OF DAVID RUSH IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER AUTHORIZING THE DEBTOR TO (I) RETAIN AND EMPLOY FTI CONSULTING, INC. TO PROVIDE THE DEBTOR INTERIM MANAGEMENT SERVICES AND (II) DESIGNATE DAVID RUSH AS CHIEF RESTRUCTURING OFFICER, EFFECTIVE AS OF APRIL 1, 2022**

Pursuant to 28 U.S.C. section 1746, David Rush, declares as follows:

1. I am a Senior Managing Director of FTI Consulting, Inc. (together with its wholly-owned subsidiaries, "**FTI**"), an international consulting firm. I have more than twenty (20) years of corporate recovery, financial advisory and interim management experience. I have acted as chief restructuring officer, chief financial officer and other interim officer positions for other companies, including companies that have sought bankruptcy protection where I have been formally retained by order of the court. I have restructuring and financial advisory expertise in, among others, the oil and gas, oilfield services, power, financial services, retail, and manufacturing industries. I have been involved in a number of high-profile bankruptcy cases, including EP Energy, Halcon Resources, ION Geophysical, CARBO Ceramics, PetroQuest Energy, ExGen Texas Power, Hostess Brands, Geokinetics, TNT Crane & Rigging , Juniper GTL, Enron Corp., Paragon Offshore plc, Breitburn Energy, Hercules

---

[1] The last four digits of Debtor's tax identification number are 2249. The main address of the Debtor is 1001 Louisiana Street, Houston, Texas 77002.

Offshore, Bombay Company, Texas Petrochemicals, Fremont General, and Vantage Drilling International, among many others.

2.  I am duly authorized to make this declaration (the "**Declaration**") on behalf of FTI and submit this Declaration in support of the motion (the "**Motion**")[2] of the Debtor for an order authorizing the retention and employment of FTI as Interim Management Service Providers under the terms and conditions set forth in the Motion.

3.  Except as otherwise stated in the Motion, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently to the facts in this Declaration.

## FTI'S QUALIFICATION

4.  FTI possesses extensive knowledge and expertise in the areas of bankruptcy and financial matters relevant to this Chapter 11 Case, and is well qualified to serve as the Debtor's Interim Management Service Providers. FTI employs seasoned professionals, such as the FTI Professionals in this Chapter 11 Case, with C-level experience to assist distressed companies with financial and operational challenges.

5.  In addition to FTI's experience in the management of troubled companies, both in and out of court, since about April 1, 2022, FTI has been developing an in-depth understanding of the Debtor's financial history, business operations, and the industry in which the Debtor operates.[3] Additionally, FTI professionals have worked closely with the Debtor, the Special Committee and other professionals and have become well acquainted with the Debtor's

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

[3] On April 15, 2022, the special committee of the board of managers of the Debtor (the "**Special Committee**") approved resolutions authorizing my appointment as the Debtor's CRO.

2

operations, debt structure, creditors, business, and related matters. Accordingly, FTI has developed relevant experience regarding the Debtor that will assist FTI in providing effective and efficient services in this Chapter 11 Case.

## **SERVICES TO BE PROVIDED**

6.  Consistent with the terms of the Engagement Letter, the FTI Professionals are charged with assisting the Debtor with its various operational, administrative, and financial needs arising in connection with this Chapter 11 Case that are customarily performed by FTI in Interim Management Services engagements (the "**Services**"),[4] including, among other things, that:

   i.   I will serve as the Debtor's Chief Restructuring Officer; and

   ii.  The Hourly Temporary Staff will assist me in providing the Services, which may include.

   (a)  Assisting the Debtor in the assessment of cash management and cash flow forecasting processes, including the monitoring of actual performance versus projections;

   (b)  Assisting the Debtor in (i) identifying various operational, managerial, financial and strategic restructuring alternatives, including the sale of assets in a bankruptcy court proceeding, and (ii) understanding the business and financial impact of same;

   (c)  Assisting the Debtor in connection with its communications and negotiations with other parties, including the Ad Hoc Group, the Sponsors, vendors, and other stakeholders;

   (d)  Advising and assisting the Debtor in the development of budgets and other purposes;

   (e)  Assisting the Debtor with the compilation of necessary financial

---

[4] The Services do not include (i) audit, legal, tax, environmental, accounting, actuarial, employee benefits, insurance advice or similar specialist and other professional services which are typically outsourced and which shall be obtained directly where required by the Debtor at Debtor's expense; or (ii) investment banking, including valuation or securities analysis, including advising any party or representation of the Debtor on the purchase, sale or exchange of securities or representation of the Debtor in securities transactions.

information required for any plan of reorganization and related disclosure statement;

(f) Advising and assisting the Debtor concerning various other financial/business disclosures and reporting requirements pertaining to the Debtor's Chapter 11 Case;

(g) Interacting with the Debtor and its advisors, the Ad Hoc Group, the Sponsors, and any bidder and their professionals in any section 363 bidding, auction and sale process;

(h) Advising and assisting the Debtor to analyze claims and potential objections to claims and avoidance actions (*e.g.*, preference and fraudulent transfer actions);

(i) Assisting in developing accounting and operating procedures to segregate prepetition and postpetition business transactions;

(j) Assisting the Debtor in the identification of executory contracts and unexpired leases and performing cost/benefit evaluations with respect to the assumption or rejection of each;

(k) Assisting the Debtor in the preparation of required financial related disclosures, including the Debtor's schedules of assets and liabilities, statement of financial affairs, and monthly operating reports;

(l) Participating in meetings and providing support to the Debtor and its other professional advisors in negotiations with potential investors, banks and lenders, the Ad Hoc Group, the Sponsors, the Committee, the U.S. Trustee, other parties-in-interest, and professionals hired by the same, as requested;

(m) Assisting the Debtor's independent directors and other professionals to perform investigative due diligence, as requested;

(n) Providing witness testimony, including, if necessary, expert witness testimony, concerning any of the subjects encompassed by the Services; and

(o) Rendering such other restructuring and general business consulting or such other assistance for the Debtor's management or counsel as they may request, that are not duplicative of services provided by other professionals engaged by the Debtor, and as agreed to by FTI.

7. The FTI Professionals are willing and able to provide the Services to the Debtor. FTI will coordinate with the Debtor's other retained professionals to avoid unnecessary duplication of services.

## COMPENSATION AND EXPENSES

8. The FTI Professionals have agreed to be paid on an hourly basis and to be reimbursed for Reasonable Direct Expenses (as defined below) as set forth herein ("**Fee Structure**").

9. Hourly Fees. Fees in connection with the engagement will be based upon the time incurred by the FTI Professionals providing the Services, multiplied by FTI's standard hourly rates, summarized as follows:

| Billing Category | Hourly Billing Rate |
| --- | --- |
| Senior Managing Directors | $975 to $1,325 |
| Directors/Senior Directors/Managing Directors | $735 to $960 |
| Consultants/Senior Consultants | $395 to $695 |
| Administrative/Paraprofessionals | $160 to $300 |

10. Reasonable Direct Expenses. FTI will also bill for reasonable direct expenses which are incurred on the Debtor's behalf during its engagement (the "**Reasonable Direct Expenses**"). The Reasonable Direct Expenses include reasonable and customary third-party out-of-pocket expenses which are billed directly to the engagement such as certain telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to the engagement and billed at actual cost. Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, FTI will be compensated by the Debtor at its standard hourly rates and reimbursed for reasonable allocated and direct expenses (including reasonable counsel fees) with respect thereto.

5

11. I believe the Fee Structure to be: (i) consistent with and typical of compensation arrangements entered into by FTI and other comparable firms in connection with the rendering of similar services under similar circumstances; (ii) reasonable; and (iii) merited by FTI's experience and expertise.

## INDEMNIFICATION OF FTI

12. FTI and the Debtor negotiated the terms and conditions of the Engagement Letter, including the provisions regarding indemnification, at arms' length and in good faith. I believe that the indemnification language set forth in the Engagement Letter is customary and reasonable for similar engagements in chapter 11 cases and reflects the qualifications and limitations on indemnification provisions that are customary.

## PAYMENTS PRIOR TO THE PETITION DATE

13. FTI did not provide any prepetition services to the Debtor. Accordingly, FTI has not received any payments from the Debtor for professional fees, charges and disbursements incurred prior to the Petition Date.

14. Other than as set forth herein or in the Engagement Letter, there is no proposed arrangement between the Debtor and FTI for compensation to be paid in this Chapter 11 Case.

15. To the best of my knowledge: (i) no commitments have been made or received by FTI with respect to compensation or payment in connection with this Chapter 11 Case other than in accordance with the provisions of the Bankruptcy Code, and (ii) FTI has no agreement with any other entity to share with such entity any compensation received by FTI in connection with this Chapter 11 Case.

## FTI'S DISINTERESTEDNESS

16. I acknowledge and respectfully represent that the elements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014 are not necessary or relevant in connection with

FTI's and my employment, which is being made under section 363 of the Bankruptcy Code. Nevertheless, in connection with the proposed employment and retention of FTI by the Debtor, FTI conducted a review of its contacts with the Debtor, its affiliates and certain entities holding large claims against or interests in the Debtor that were made reasonably known to FTI. A listing of the parties reviewed is reflected on **Schedule 1** to this Declaration. FTI's review, completed under my supervision, consisted of a query of the Schedule 1 parties within an internal computer database[5] containing names of individuals and entities that are present or recent former clients of FTI. A summary of such relationships that FTI identified during this process is set forth on **Schedule 2** to this Declaration.

17. Based on the results of its review, except as otherwise discussed herein, FTI does not have a relationship with any of the parties on Schedule 1 in matters related to this Chapter 11 Case. FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtor's Chapter 11 Case for the various entities shown on **Schedule 2**. FTI's assistance to these parties has been related to providing various financial restructuring, litigation support, technology, strategic communications, and economic consulting services. To the best of my knowledge and except as otherwise disclosed herein, no services have been provided to these parties in interest that involve their rights in the Debtor's Chapter 11 Case, nor does FTI's involvement in these cases compromise its ability to continue such consulting services.

18. Further, as part of its diverse practice, FTI appears in numerous cases, proceedings and transactions that involve many different professionals, including attorneys,

---

[5] For the avoidance of doubt, FTI's computer database covers FTI Consulting, Inc. and its wholly-owned subsidiaries globally.

accountants and financial consultants, who may represent claimants and parties-in-interest in the Debtor's Chapter 11 Case. FTI is a global consulting firm with thousands of employees located in offices around the world. Our employees may have relatives employed by some of the parties-in-interest in this case. Based on our current staffing of this engagement, none of the FTI employees assigned to this case have any relatives directly involved in these bankruptcy cases. Also, FTI has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in this Chapter 11 Case. In addition, FTI has in the past, may currently and will likely in the future be working with or against other professionals involved in this Chapter 11 Case in matters unrelated to the Debtor and this Chapter 11 Case.

19. To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor any of FTI's professional employees (a) have any connection with the Debtor, its creditors, any other parties in interest in this Chapter 11 Case, or their respective attorneys or accountants, except as may be disclosed on **Schedule 2** of this Declaration or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, the U.S. Trustee, or any employee in the Office of the U.S. Trustee.

20. Additionally, FTI is not a creditor of the Debtor within the meaning of Section 101(10) of the Bankruptcy Code. Further, neither I nor any other FTI Professional serving the Debtor, to the best of my knowledge, is a holder of any outstanding debt instruments or shares of the Debtor's stock.

21. It is FTI's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner. If any new material relevant factors or relationships are discovered or arise, FTI will promptly file a supplemental declaration.

## EFFORTS TO AVOID DUPLICATION OF SERVICES

22. FTI intends that all of the services that FTI will provide to the Debtor will be appropriately directed by the Debtor so as to avoid duplication of efforts among the other professionals retained in this Chapter 11 Case and performed in accordance with applicable standards of the profession. FTI will work collaboratively with the Debtor and other professionals to avoid duplication of services among professionals.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 5, 2022
       Houston, Texas

                                                              */s/ David Rush*
                                                              David Rush
                                                              Senior Managing Director
                                                             FTI Consulting, Inc.

# Schedule 1

**Listing of Parties-in-Interest Reviewed for Current and Recent Former Relationships**

## Schedule 1

**Potential Parties in Interest**

**Debtor**
Ruby Pipeline

**Debtor Affiliates**
EP Ruby LLC
Kinder Morgan, Inc.
Pembina Pipeline Corporation
Pembina U.S. Corporation
Ruby Blocker LLC
Ruby Investment Company, L.L.C.
Ruby Pipeline Holdings Company, L.L.C.
Veresen Energy Infrastructure No. 2 Inc.
Kinder Morgan Energy Partners, L.P.
Kinder Morgan GP LLC

**Indenture Trustee**
Wilmington Savings Fund Society, FSB
Wilmington Trust, National Association

**Noteholders**
AIG Life Insurance
Allstate Investments
American General Life Insurance Company
American Home Assurance Company
American International Group
Ameriprise Financial Group
ATB Financial
BlackGold Capital Management, LP
BNY Mellon
Candriam
Cigna Health and Life Insurance
Connecticut General Life Insurance
First Trust
Lexington Insurance Company
MacKay Shields LLC
Metropolitan West Asset Management, LLC
New York Life Insurance
Northwestern Mutual Life Insurance
Olive Street
OneAmerica Financial Partners
Relia Star Life Insurance
RGA Inc. Group
RGA Reinsurance
Royal Bank of Canada
SEI Investments
State Street

Sun Life
TCW Asset Management Company LLC
TCW Investment Management Company LLC
The Variable Life Insurance Company
UBS
Variable Annuity Life Insurance Company
Venerable Insurance and Annuity Co
Voya Retirement Insurance and Annuity Company

**Restructuring Advisors to the Debtor**
Kroll Restructuring Administration LLC
FTI Consulting, Inc.
PJT Partners LP
Richards, Layton & Finger P.A.

**Restructuring Advisors to Potential Parties in Interest**
Davis Polk & Wardwell LLP
Intrepid Partners, LLC
Kilpatrick Townsend & Stockton
Latham & Watkins LLC
Lazard
Perella Weinberg Partners
Rothschild & Co US Inc.
Tudor, Pickering, Holt & Co.
White & Case LLC

**Subordinated Noteholders**
EP Ruby LLC
Pembina U.S. Corporation

**Certain Directors & Officers (Current and Former) of Debtor and Affiliates**
Adam Forman
Bill Wolf
C. Todd Piczak,
Catherine James
Chris Graeter
David Dewey
David Michels,
Debbie, Cone
Denise Matthews
Eric McCord
Greg Ruben
Jordan Mintz
Julia Forrester-Sellers

## Schedule 1

**Potential Parties in Interest**

Kenneth Grubb
Kimberly S. Watson
Mark Westhoff
Matthew Wojtalewicz
Mindy Thorncock
Tony Sala
Will Brown
William E. Morgan
William Wible
Anthony B. Ashley
J. Scott Burrows
Darren Marine
Kimberly Dang
Chris M. Meyer
John J. Hopper

**Top 20 Unsecured Creditors**
Wilmington Savings Fund Society, FSB as Trustee
   under 6.00% Senior Unsecured Notes due 2022
The Klamath Tribes
Dresser-Rand Company
Power Service
CH2M Hill Engineers Inc.
Sander Resources LLC
Nixon & Associates LLC
ABB Inc.
Farnsworth Group
Arcadis
D&B Professional Cleaning SVC
Elecsys International LLC
Chevron Phillips Chemical Co
Rupp Waste Containers Inc.
Redi Services LLC
Law Offices of Patricia William Prewitt
Great Basin Restoration LLC

**Cash Management Bank**
JP Morgan Chase Bank, N.A.

**Significant Vendors**
BO-GE Assembly Inc
CIG Pipeline Services Company, L.L.C.
Coastal Ignition & Controls
Colorado Interstate Gas Company
PII North America LLC
Prime Machine Inc

Qnergy Inc
Siemens Industry Inc.
Standard Automation & Control
Taft Construction
The Reynolds Company
Wheels Inc.
WSP
Wyoming Interstate Company, L.L.C.
Wyoming Interstate Gas Company
Wyoming Service & Supply Inc.

**Certain Current or Former Customers**
Anadarko Energy Services Company
Arm Energy Management LLC
Avista Corporation
Berry Petroleum Company
Bill Barrett Corporation
Biourja Trading, LLC
Black Hills Energy Services Company (f/k/a
   Sourcegas Energy Services Company)
BNP Paribas Energy Trading GP
BP Energy Company
Carbonbetter, LLC
Cargill, Incorporated
Cascade Natural Gas Corp.
Castleton Commodities Merchant Trading L.P. (f/k/a
   Louis Dreyfus Energy Services, LP)
Chevron U.S.A. Inc.
CIMA Energy, LP
Citadel Energy Marketing LLC
Citigroup Energy, Inc.
Colorado Interstate Gas Company, L.L.C.
Colorado Springs Utilities
Commercial Energy of Montana, Inc.
Concord Energy LLC
ConocoPhillips Company
Constellation Energy Gas Choice, LLC
Constellation Energy Generation Company, LLC
DCP Midstream Marketing, LLC
Devlar Energy Marketing, L.L.C.
Direct Energy Business Marketing, LLC
DK Trading and Supply LLC
Dominion Energy Overthrust Pipeline, LLC
DTE Energy Trading, Inc.
DXT Commodities North America Inc.
Eco-Energy Natural Gas, LLC

**Schedule 1**

**Potential Parties in Interest**

| | |
|---|---|
| EDF Trading North America, LLC | Petrochina International (America), Inc. |
| El Paso Marketing Company, L.L.C. | Pioneer Natural Resources USA, Inc. |
| Elevation Energy Group LLC | Powerex Corp |
| Enercross LLC | Red Rock Biofuels LLC |
| Engelhart CTP (US) LLC | Repsol Energy North America Corporation |
| Engie Energy Marketing NA, Inc. | Saja Energy LLC |
| Enstor Energy Services, LLC | School Project for Utility Rate Reduction "SPURR" |
| Enterprise Gas Processing LLC | Sequent Energy Management, LLC |
| Enterprise Products Operating LLC | Shell Energy North America (US), L.P. |
| EP Energy E&P Company, L.P. | Six One Commodities LLC |
| Exelon Generation Company, LLC | Skipping Stone Inc. |
| Freepoint Commodities LLC | Societe Generale Energy Corp. |
| Gas Transmission Northwest Corporation | Southern California Gas Company |
| Gazprom Marketing and Trading USA, Inc. | Southwest Gas Corporation |
| Great Basin Gas Transmission Company | Spark Energy Gas, LLC |
| Green Plains Trade Group LLC (DBA Green Plains Energy SVCS) | Spire Marketing Inc. |
| | Spire Storage West LLC |
| Greenwave Energy, LLC | Spotlight Energy, LLC |
| Hartree Partners, LP | SWG - Arizona |
| Highpoint Operating Corporation | Symmetry Energy Solutions, LLC |
| Interstate Gas Supply, Inc. | Tenaska Gas Storage, LLC |
| J. Aron & Company LLC | Tenaska Marketing Ventures |
| J.P. Morgan Ventures Energy Corporation | Totalenergies Gas & Power North America, Inc. |
| K2 Commodities, LLC | Trafigura Trading LLC |
| Koch Energy Services, LLC | Tuscarora Gas Transmission Company |
| Macquarie Energy LLC | Twin Eagle Resource Management, LLC |
| Marathon Oil Company | Uchicago Argonne LLC |
| Marathon Petroleum Company LP | Ultra Resources, Inc. |
| Mercuria Energy America, LLC | Uniper Global Commodities North America LLC |
| Midcoast Marketing (U.S.) L.P. | United Energy Trading, LLC |
| Mieco LLC | URSA Piceance LLC |
| Morgan Stanley Capital Group Inc. | Wells Fargo Commodities, LLC |
| MRC Permian Company | Williams Energy Resources LLC |
| National Capacity Registry Service Corp. | Williams Field Services Company, LLC |
| National Gas & Electric LLC | World Fuel Services, Inc. |
| Nevada Energy Exchange, Inc. | Xoom Energy California, LLC |
| NextEra Energy Marketing, LLC | |
| NJR Energy Services Company | **Utility Providers** |
| Noble Americas Gas and Power Corp | Beehive Telephone Company |
| Occidental Energy Marketing, Inc. | Desert Disposal |
| Pacific Gas and Electric | Elko Sanitation Company |
| Pacific Gas and Electric Company (PG&E) | Garmin Services |
| Pacific Gas and Electric Company, (Core Gas Supply) | Harney Electric Cooperative Inc. |
| | Humboldt Telephone Company |
| Pacific Summit Energy LLC | Lumen Technologies |
| Peak Six Power and Gas, LLC | NI Satellite Inc. |

3

## Schedule 1

### Potential Parties in Interest

NV Energy
Pacific Power-Rocky Mountain Power
Raft River Electric
Redi Services
RigNet Inc.
Rocky Mountain Power
Rural Telecom Inc.
Rupp Waste Containers
Satcom Global Ltc.
SPOT LLC
Surprise Valley Electrification Corp.
Verizon Wireless
Viasat Inc.
Waste Management of Oregon
Wells Rural Electric Company

**Taxing and Regulatory Authorities**
Box Elder County
Cache County
Delaware Division of Revenue
Elko County
Federal Energy Regulatory Commission
Humboldt County
Klamath County
Lake County
Lincoln County
Nevada Department of Environmental Protection
Oregon Department of Revenue
Pipeline and Hazardous Materials Safety Administration
Rich County
State of Nevada
State of Utah
State of Utah School of & Institutional Trust Land Administration
U.S. Department of Transportation
Uinta County
United States Department of the Interior, BLM
Utah Department of Transportation
Utah Division of Air Quality
Utah State Tax Commission
Wyoming Department of Revenue
Wyoming Office of State Lands & Investments

**Insurer Carriers and Sureties**
RLI Insurance Company
Continental Casualty Company
McGriff, Seibels & William
XL Insurance Company
Berkley Insurance Company- U.S.
National Union Fire Insurance Company of Pittsburg, PA

**Other Material Creditors**
Annette Beus
Bar H Ranch – Shane Holgrem
Corporation of the Presiding Bishop of the Church of Christ of Latter-Day Saints
FGI Pipeline Services
Klamath Tribe
Legacy Ranch Homeowner's Association
William Horsley
Moody Investor Services
Roger Pulsipher
Stantec Consulting
Summers Ranch
Susan Horsley
Western Industrial Resources Corporation
Young Resources
Zan Summers

**Other Potential Parties in Interest**
Abrams Technical Services Inc.
ACI Services Inc.
Alpine Pure Water
American Equipment LLC
Arnold Machinery Company
B&D Refrigeration
Baker Air service Inc.
Barr Air Patrol LLC
Barr Engineering Co
Blue Stakes of Utah 811
Bracewell LLP
Brentco Aerial Patrol Inc.
Britain Electric Co
Brown Williams Moorhead & Quinn
Cashman Equipment Company
CCH Incorporation
CDYNE Services LLC
City of Grand Junction
Clean Harbors Environmental
Comet Consultants Inc.

**Schedule 1**

**Potential Parties in Interest**

| | |
|---|---|
| Ecolab | US Land Professionals Inc. |
| Ecology and Environment Inc. | US Lawns # 529 |
| Energy Laboratories Inc. | Water Specialties Inc. |
| Falcon Helicopters Inc. | Western Edge Aviation |
| Farold Inc. | White & Case LLP |
| Fossilcore LLC | WM Corporate Services Inc. |
| GJ CRI | Wood MacKenzie Inc. |
| Greenberg Traurig LLP | |
| HE Hunewill Construction Co | **U.S. Trustee, Judges, and Court Contacts for the District of Delaware** |
| Head Concrete Inc | |
| Icorr Technologies Corp | Judge Christopher S. Sontchi |
| Jefferson State Pumping (portable toilets) | Judge Brendan L. Shannon |
| JME Fire & Hoise Protection | Chief Judge Laurie Selber Silverstein |
| Language Services Associates | Judge Mary F. Walrath |
| M&M Instruments LLC | Judge Ashley M. Chan |
| Maid 2 Impress | Judge John T. Dorsey |
| Manpower Group US Inc. | Judge Karen B. Owens |
| Mesa Oil Inc. | Judge Craig T. Goldblatt |
| Mid-Ship Logistics LLC | Judge J. Kate Stickles |
| Midwest Avtech Inc. | Benjamin Hackman |
| Milton Roy LLC | Christine Green |
| Montgomery & Andrews PA | David Buchbinder |
| Munsch Hardt Kopf & Harr PC | Denis Cooke |
| Orkin LLC | Diane Giordano |
| Outlaw Supply Inc. | Dion Wynn |
| Pace Analytical National | Edith A. Serrano |
| Pricewaterhouse Coopers LLP | Hannah McCollum |
| Pye Barker Fire & Safety LLC | Holly Dice |
| Quality Electrical Contractors | James R. O'Malley |
| Quality Integrated Svcs Inc. | Jane Leamy |
| Quality Tri Co Janitorial | Joseph McMahon |
| Reliable Industrial Group | Juliet Sarkessian |
| Revak Keene Turbomachinery LP | Karen Starr |
| Safety-Kleen Systems Inc. | Lauren Attix |
| SAIA Motor Fraight Line LLC | Linda Casey |
| SGS North America Inc. | Linda Richenderfer |
| Sick Inc. | Michael Panacio |
| Siemens Energy Inc. | Nyanquoi Jones |
| Siemens Industry Inc. | Richard Schepacarter |
| Silver State Fire, LLC - | Rosa Sierra |
| SLR International Corporation | Shakima L. Dortch |
| Solar Turbines | T. Patrick Tinker |
| Spray and Grow Landscape Service | Timothy J. Fox, Jr. |
| TAF Aerial Services LLC | Joseph Cudia |
| The Water Store LLC | Ramona Harris |
| United Rentals (N America) Inc. | Angelique Okita |

## Schedule 1

**Potential Parties in Interest**

John Schanne

## Schedule 2

**Listing of Parties-in-Interest Noted for Court Disclosure**

**Schedule 2**

**Disclosure Schedule
Matters Not Relating to Debtors**

ABB Inc.
AIG Life Insurance
American General Life Insurance Company
American Home Assurance Company
American International Group
Ameriprise Financial Group
Arcadis
ATB Financial
Berkley Insurance Company- U.S.
BNY Mellon
BP Energy Company
Bracewell LLP
Cargill, Incorporated
Chevron Phillips Chemical Co
Chevron U.S.A. Inc.
Cigna Health and Life Insurance
Clean Harbors Environmental
ConocoPhillips Company
Davis Polk & Wardwell LLP
Direct Energy Business Marketing, LLC
Dresser-Rand Company
El Paso Marketing Company, L.L.C.
Enterprise Products Operating LLC
EP Energy E&P Company, L.P.
Exelon Generation Company, LLC
First Trust
Greenberg Traurig LLP
Green Plains Trade Group LLC (DBA Green Plains Energy SVCS)
Interstate Gas Supply, Inc.
J. Aron & Company LLC
JP Morgan Chase Bank, N.A.
Kilpatrick Townsend & Stockton
Kinder Morgan Energy Partners, L.P.
Kinder Morgan, Inc.
Koch Energy Services, LLC
Latham & Watkins LLC
Lazard
Lexington Insurance Company
Lumen Technologies
Marathon Oil Company
Marathon Petroleum Company LP
Morgan Stanley Capital Group Inc.
Munsch Hardt Kopf & Harr PC
New York Life Insurance
Pacific Gas and Electric
Pacific Gas and Electric Company (PG&E)
Pacific Gas and Electric Company, (Core Gas Supply)
Pacific Summit Energy LLC
Pembina Pipeline Corporation
Pioneer Natural Resources USA, Inc.
Powerex Corp
Pricewaterhouse Coopers LLP
Richards, Layton & Finger P.A.
RGA Reinsurance
RLI Insurance Company
Royal Bank of Canada
Shell Energy North America (US), L.P.
Siemens Energy Inc
Siemens Industry Inc
Siemens Industry Inc.
Six One Commodities LLC
Solar Turbines
Southern California Gas Company
Stantec Consulting
State Street
Sun Life
TCW Asset Management Company LLC
UBS
Uchicago Argonne LLC
Viasat Inc.
Voya Retirement Insurance and Annuity Company
White & Case LLC
White & Case LLP
Wilmington Trust, National Association
World Fuel Services, Inc.
WSP
XL Insurance Company