**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| Ruby Pipeline, L.L.C.,[1] | Case No. 22-10278 (CTG) |
| Debtor. | |

**AFFIDAVIT OF SERVICE**

I, Moheen Ahmad, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**")[2], the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On June 10, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Agenda Service List attached hereto as **Exhibit A**:

- Notice of Amended Agenda for Video Hearing Scheduled for June 10, 2022 at 4:00 p.m. (ET) [Docket No. 193]

On June 10, 2022, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit B**:

- Debtor's (I) Objection to Creditors Committee's Motion to Terminate Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Brief in Support of the Debtor's Motion to Extend Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan [Docket No. 195]

- Declaration of Patrick J. Bartels Jr. in Support of (A) Debtor's Opposition to the Motion of Official Committee of Unsecured Creditors for Entry of Order (I) Terminating the Debtor's Exclusive Periods to File and Solicit Acceptance of a Chapter 11 Plan, or (II) in the Alternative, Appointing a Chapter 11 Trustee; and (B) in Support of the Debtor's Request to Extend Exclusivity [Docket No. 196]

---

[1] The last four digits of the Debtor's tax identification number are 2249. The main address of the Debtor is 1001 Louisiana Street, Houston, Texas 77002.

[2] On March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

- Declaration of Alan J. Carr in Support of (A) Debtor's Opposition to the Motion of Official Committee of Unsecured Creditors for Entry of Order (I) Terminating the Debtor's Exclusive Periods to File and Solicit Acceptance of a Chapter 11 Plan, or (II) in the Alternative, Appointing a Chapter 11 Trustee; and (B) in Support of the Debtor's Request to Extend Exclusivity [Docket No. 197]

- Declaration of Vincent J. Intrieri in Support of A) Debtor's Opposition to the Motion of Official Committee of Unsecured Creditors for Entry of Order (I) Terminating the Debtor's Exclusive Periods to File and Solicit Acceptance of a Chapter 11 Plan, or (II) in the Alternative, Appointing a Chapter 11 Trustee; and (B) in Support of the Debtor's Request to Extend Exclusivity [Docket No. 198]

- Declaration of David Rush in Support of Debtor's (I) Objection to Creditors Committee's Motion to Terminate Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Brief in Support of the Debtor's Motion to Extend Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan [Docket No. 199]

- Declaration of John Singh in Support of the Debtor's (I) Objection to Creditors Committee's Motion to Terminate Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan and (II) Brief in Support of the Debtor's Motion to Extend Exclusive Periods to File and Solicit Acceptances of a Chapter 11 Plan [Docket No. 201]

- Motion of Debtor for Entry of an Order to Extending Its Exclusive Periods [Docket No. 202]

- Motion of the Debtor for Entry of an Order Authorizing the Debtor to Exceed the Page Limit with Respect to Its (A) Objection to the Committee's Motion to Terminate and (B) Motion to Extend Exclusivity [Docket No. 203]

- Motion of Debtor for Entry of an Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim by Governmental Units, (III) Establishing an Amended Schedules Bar Date, (IV) Establishing a Rejection Damages Bar Date, (V) Approving Form and Manner for Filing Proofs of Claim, (VI) Approving Form and Manner of Notice of Bar Dates, and (VII) Granting Related Relief [Docket No. 204]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filing via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

Dated: June 15, 2022

*/s/ Moheen Ahmad*
Moheen Ahmad

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 15, 2022, by Moheen Ahmad, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2022

SRF 62057

## **Exhibit A**

Exhibit A
Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN 1700 REDBUD BLVD., STE. 300 MCKINNEY TX 75069 | | plopez@abernathy-law.com lboyd@abernathy-law.com ehahn@abernathy-law.com bankruptcy@abernathy-law.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, KEVIN M. CAPUZZI, JOHN C. GENTILE 1313 NORTH MARKET STREET, SUITE 1201 WILMINGTON DE 19801 | | kcapuzzi@beneschlaw.com jgentile@beneschlaw.com jhoover@beneschlaw.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, BENNETT S. SILVERBERG, MICHAEL WINOGRAD, KENNETH AULET, ANDREW M. CARTY 7 TIMES SQUARE NEW YORK NY 10036 | | rstark@brownrudnick.com bsilverberg@brownrudnick.com mwinograd@brownrudnick.com kaulet@brownrudnick.com acarty@brownrudnick.com | Email |
| COUNSEL TO THE AD HOC GROUP OF HOLDERS OF THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES, THE AD HOC NOTEHOLDER GROUP AND SPECIAL COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, INDENTURE TRUSTEE | DAVIS POLK & WARDWELL LLP | ATTN: DAMIEN S. SCHAIBLE, ARYEH ETHAN FALK, ELLIOT MOSKOWITZ, DARREN S. KLEIN, JARRET ERICKSON 450 LEXINGTON AVENUE NEW YORK  NY 10017 | | damian.schaible@davispolk.com aryeh.falk@davispolk.com elliot.moskowitz@davispolk.com darren.klein@davispolk.com jarret.erickson@davispolk.com | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON 820 N FRENCH ST WILMINGTON DE 19801 | 302-577-8632 | FASNOTIFY@STATE.DE.US | Overnight Mail Email and Facsimile |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX PO BOX 898 DOVER DE 19903 | 302-739-5831 | DOSDOC_FTAX@STATE.DE.US | Email and Facsimile |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT 820 SILVER LAKE BLVD STE 100 DOVER DE 19904 | 302-739-5635 | STATETREASURER@STATE.DE.US | Email and Facsimile |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL OFFICE OF GENERAL COUNSEL 2310A 1200 PENNSYLVANIA AVE NW, 2310A WASHINGTON DC 20460 | | | Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 10 (AK, ID, OR, WA) 1200 SIXTH AVENUE SUITE 900 SEATTLE WA 98101 | 206-553-2955 | | Overnight Mail and Facsimile |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 3 (DC, DE, MD, PA, VA, WV) 1650 ARCH STREET PHILADELPHIA PA 19103-2029 | 215-814-5103 | Dunn.Bettina@epa.gov | Overnight Mail Email and Facsimile |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 6 (AR, LA, NM, OK, TX) 1445 ROSS AVENUE SUITE 1200 DALLAS TX 75202-2733 | | | Overnight Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 8 (CO, MT, ND, SD, UT, WY) 1595 WYNKOOP ST. DENVER CO 80202-1129 | 303-312-6339 | r8eisc@epa.gov | Email and Facsimile |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 9 (AZ, CA, HI, NV) 75 HAWTHORNE STREET SAN FRANCISCO CA 94105 | 415-947-3553 | r9.info@epa.gov Sugerman.Rebecca@epa.gov | Overnight Mail Email and Facsimile |
| THE LENDERS UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | EP RUBY LLC | ATTN: PRESIDENT OR GENERAL COUNSEL 1001 LOUISIANA STREET, SUITE 1000 HOUSTON TX 77022 | 713-224-9511 | | Facsimile |

Exhibit A
Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| COUNSEL TO KINDER MORGAN, INC. | FARNAN LLP | ATTN: MICHAEL J. FARNAN, JOSEPH J. FARNAN, JR. 919 NORTH MARKET STREET 12TH FLOOR WILMINGTON DE 19801 | | farnan@farnanlaw.com mfarnan@farnanlaw.com | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION 2970 MARKET ST MAIL STOP 5-Q30.133 PHILADELPHIA PA 19104-5016 | 855-235-6787 | | Facsimile |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION PO BOX 7346 PHILADELPHIA PA 19101-7346 | 855-235-6787 | | Facsimile |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS 1100 PEACHTREE STREET NE, SUITE 2800 ATLANTA GA  30309-4528 | | tmeyers@kilpatricktownsend.com | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036-7703 | | tmeyers@kilpatricktownsend.com gfinizio@kilpatricktownsend.com | Email |
| KINDER MORGAN, INC | KINDER MORGAN, INC | ATTN: ANDREW LEUNG, DIRECTOR OF CORPORATE DEVELOPMENT 1001 LOUISIANA ST., SUITE 1000 HOUSTON TX 77022 | | Andrew_Leung@kindermorgan.com Eric_McCord@kindermorgan.com Julia_Forrester-Sellers@kindermorgan.com | Email |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, ESQ., WILLIAM O. RECKLER, ESQ., BLAKE T. DENTON, ESQ. 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 | | adam.goldberg@lw.com william.reckler@lw.com blake.denton@lw.com | Email |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: SHAWN P. HANSEN, ESQ. 355 SOUTH GRAND AVENUE, SUITE 100 LOS ANGELES CA 90071 | | shawn.hansen@lw.com | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 | | emonzo@morrisjames.com bkeilson@morrisjames.com | Email |
| COUNSEL TO THE AD HOC NOTEHOLDER GROUP AND SPECIAL COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, INDENTURE TRUSTEE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW O. TALMO, ROBERT J. DEHNEY, MATTHEW B. HARVEY 1201 NORTH MARKET STREET 16TH FLOOR WILMINGTON DE 19801 | | rdehney@morrisnichols.com mharvey@morrisnichols.com mtalmo@morrisnichols.com | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | | kcordry@naag.org | Email |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DISTRICT OF DELAWARE HAMMOND COYLE, 1313 N. MARKET STREET WILMINGTON DE 19801 | | | Overnight Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOHN HENRY SCHANNE, II 844 KING STREET, STE 2207 LOCKBOX 35 WILMINGTON DE 19801 | 302-573-6497 | john.schanne@usdoj.gov | Overnight Mail Email and Facsimile |
| PEMBINA CORPORATION | PEMBINA CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL 4000,585 – 8TH AVENUE S.W. CALGARY AB T2P 1G1 CANADA | 403-237-0254 | | Overnight Mail and Facsimile |

Exhibit A
Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| THE LENDERS UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | PEMBINA U.S. CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>16285 PARK TEN PL<br>STE 410<br>HOUSTON TX 77084-5092 | | | Overnight Mail |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | ATTN: PETE BUTTIGIEG<br>US DEPARTMENT OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON DC 20590 | 202-366-7228 | | Facsimile |
| COUNSEL TO TUSCARORA GAS TRANSMISSION COMPANY AND GAS TRANSMISSION NORTHWEST CORPORATION | REED SMITH LLP | ATTN: JASON D. ANGELO<br>1201 NORTH MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801 | | jangelo@reedsmith.com | Email |
| COUNSEL TO TUSCARORA GAS TRANSMISSION COMPANY AND GAS TRANSMISSION NORTHWEST CORPORATION | REED SMITH LLP | ATTN: OMAR J. ALANIZ, ESQ.<br>2850 N. HARWOOD STREET, SUITE 1500<br>DALLAS TX 75201 | | oalaniz@reedsmith.com | Email |
| COUNSEL TO DEBTOR | RICHARDS LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, DANIEL J. DEFRANCESCHI, JOHN H. KNIGHT, BRETT M. HAYWOOD, DAVID T. QUEROLI, J. ZACHARY NOBLE, SHEILAH A. JENNINGS, EMILY R. MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | | gross@rlf.com<br>defranceschi@rlf.com<br>knight@rlf.com<br>haywood@rlf.com<br>queroli@rlf.com<br>noble@rlf.com<br>sjennings@rlf.com<br>mathews@rlf.com | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | | SECBANKRUPTCY@SEC.GOV | Email |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | 916-323-5341 | bankruptcy@coag.gov | Email and Facsimile |
| STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | ATTN: BANKRUPTCY DEPT<br>1001 I STREET<br>P.O. BOX 2815<br>SACRAMENTO CA 95812-2815 | | | Overnight Mail |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 | 720-508-6030 | | Overnight Mail and Facsimile |
| STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | ATTN; MARTHA RUDOLPH<br>4300 CHERRY CREEK DRIVE SOUTH<br>DENVER CO 80246-1530 | | | Overnight Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | 302-577-6630 | ATTORNEY.GENERAL@STATE.DE.US | Email and Facsimile |

Exhibit A
Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | 302-577-6630 | Attorney.General@state.DE.US | Email and Facsimile |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | ATTN: BANKRUPTCY DEPT<br>89 KINGS HWY<br>DOVER DE 19901 | | | Overnight Mail |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | 775 684-1108 | AgInfo@ag.nv.gov | Email and Facsimile |
| STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES (DEP) | STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES (DEP) | DIVISION OF ENVIRONMENTAL PROTECTION<br>901 SOUTH STEWART STREET<br>SUITE 4001<br>CARSON CITY NV 89701–5249 | 775-687-5856 | | Facsimile |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | 503 378-4017 | consumer.hotline@doj.state.or.us | Email and Facsimile |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | 512-475-2994 | public.information@oag.state.tx.us | Email and Facsimile |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | | ac@tceq.texas.gov | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | 801 538-1121 | uag@utah.gov | Overnight Mail Email and Facsimile |
| STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>195 NORTH 1950 WEST<br>SALT LAKE CITY UT 84116 | | | Overnight Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | 307 777-6869 | | Facsimile |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPT<br>122 W 25TH ST<br>HERSCHLER BUILDING<br>CHEYENNE WY 82002 | 307-777-7682 | keith.guille@wyo.gov | Email and Facsimile |
| THE FEDERAL ENERGY REGULATORY COMMISSION | THE FEDERAL ENERGY REGULATORY COMMISSION | ATTN: KIMBERLY D. BOSE, SECRETARY, NATHANIEL J. DAVIS, SR., DEPUTY SECRETARY<br>888 FIRST STREET, NE<br>WASHINGTON DC 20426 | 202-502-6449 | kimberly.bose@ferc.gov | Email and Facsimile |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | | Overnight Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | 302-573-6220 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email and Facsimile |

Exhibit A
Agenda Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | FAX | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|
| US DEPARTMENT OF TRANSPORTATION | US DEPARTMENT OF TRANSPORTATION | ATTN: PETE BUTTIGIEG<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON DC 20590 | 202-366-7228 | | Facsimile |
| COUNSEL TO KINDER MORGAN, INC. | WHITE & CASE LLP | ATTN: JASON N. ZAKIA<br>111 SOUTH WACKER DRIVE SUITE 5100<br>CHICAGO IL 60606-4302 | | jzakia@whitecase.com | Email |
| COUNSEL TO KINDER MORGAN, INC. | WHITE & CASE LLP | ATTN: LAURA GARR<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | | lgarr@whitecase.com | Email |
| COUNSEL TO KINDER MORGAN, INC. | WHITE & CASE LLP | ATTN: THOMAS E LAURIA,  MICHAEL C. SHEPHERD,<br>LAURA L. FEMINO, & SAMUEL KAVA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD SUITE 4900<br>MIAMI FL 33131 | | tlauria@whitecase.com<br>mshepherd@whitecase.com<br>laura.femino@whitecase.com<br>sam.kava@whitecase.com | Email |
| THE INDENTURE TRUSTEE UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES AND THE LENDERS UNDER THE DEBTOR'S PREPETITION SUBORDINATED NOTES | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY, SVP AND DIRECTOR<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801 | | PHEALY@WSFSBANK.COM | Email |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ALLISON S. MIELKE, MICHAEL R. NESTOR, KARA HAMMOND COYLE, JOSHUA B. BROOKS<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | | mnestor@ycst.com<br>kcoyle@ycst.com<br>amielke@ycst.com<br>jbrooks@ycst.com<br>bankfilings@ycst.com | Email |

**Exhibit B**

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY TAX ASSESSOR/COLLECTOR | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN<br>1700 REDBUD BLVD., STE. 300<br>MCKINNEY TX 75069 | plopez@abernathy-law.com<br>lboyd@abernathy-law.com<br>ehahn@abernathy-law.com<br>bankruptcy@abernathy-law.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER, KEVIN M. CAPUZZI, JOHN C. GENTILE<br>1313 NORTH MARKET STREET, SUITE 1201<br>WILMINGTON DE 19801 | kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com<br>jhoover@beneschlaw.com | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | BROWN RUDNICK LLP | ATTN: ROBERT J. STARK, BENNETT S. SILVERBERG, MICHAEL WINOGRAD, KENNETH AULET, ANDREW M. CARTY<br>7 TIMES SQUARE<br>NEW YORK NY 10036 | rstark@brownrudnick.com<br>bsilverberg@brownrudnick.com<br>mwinograd@brownrudnick.com<br>kaulet@brownrudnick.com<br>acarty@brownrudnick.com | Email |
| COUNSEL TO THE AD HOC GROUP OF HOLDERS OF THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES, THE AD HOC NOTEHOLDER GROUP AND SPECIAL COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, INDENTURE TRUSTEE | DAVIS POLK & WARDWELL LLP | ATTN: DAMIEN S. SCHAIBLE, ARYEH ETHAN FALK, ELLIOT MOSKOWITZ, DARREN S. KLEIN, JARRET ERICKSON<br>450 LEXINGTON AVENUE<br>NEW YORK  NY 10017 | damian.schaible@davispolk.com<br>aryeh.falk@davispolk.com<br>elliot.moskowitz@davispolk.com<br>darren.klein@davispolk.com<br>jarret.erickson@davispolk.com | Email |
| DELAWARE DIVISION OF REVENUE | DELAWARE DIVISION OF REVENUE | ATTN: ZILLAH FRAMPTON<br>820 N FRENCH ST<br>WILMINGTON DE 19801 | FASNOTIFY@STATE.DE.US | First Class Mail and Email |
| DELAWARE SECRETARY OF STATE | DELAWARE SECRETARY OF STATE | CORPORATIONS FRANCHISE TAX<br>PO BOX 898<br>DOVER DE 19903 | DOSDOC_FTAX@STATE.DE.US | First Class Mail and Email |
| DELAWARE STATE TREASURY | DELAWARE STATE TREASURY | ATTN: BANKRUPTCY DEPT<br>820 SILVER LAKE BLVD<br>STE 100<br>DOVER DE 19904 | STATETREASURER@STATE.DE.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 10 (AK, ID, OR, WA)<br>1200 SIXTH AVENUE<br>SUITE 900<br>SEATTLE WA 98101 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 3 (DC, DE, MD, PA, VA, WV)<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | Dunn.Bettina@epa.gov | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 6 (AR, LA, NM, OK, TX)<br>1445 ROSS AVENUE<br>SUITE 1200<br>DALLAS TX 75202-2733 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 8 (CO, MT, ND, SD, UT, WY)<br>1595 WYNKOOP ST.<br>DENVER CO 80202-1129 | r8eisc@epa.gov | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | REGION 9 (AZ, CA, HI, NV)<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | r9.info@epa.gov<br>Sugerman.Rebecca@epa.gov | First Class Mail and Email |
| THE LENDERS UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | EP RUBY LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1001 LOUISIANA STREET, SUITE 1000<br>HOUSTON TX 77022 | | First Class Mail |
| COUNSEL TO KINDER MORGAN, INC. | FARNAN LLP | ATTN: MICHAEL J. FARNAN, JOSEPH J. FARNAN, JR.<br>919 NORTH MARKET STREET<br>12TH FLOOR<br>WILMINGTON DE 19801 | farnan@farnanlaw.com<br>mfarnan@farnanlaw.com | Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5-Q30.133<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS<br>1100 PEACHTREE STREET NE, SUITE 2800<br>ATLANTA GA  30309-4528 | tmeyers@kilpatricktownsend.com | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | KILPATRICK TOWNSEND & STOCKTON LLP | ATTN: TODD C. MEYERS, GIANFRANCO FINIZIO<br>1114 AVENUE OF THE AMERICAS<br>NEW YORK NY 10036-7703 | tmeyers@kilpatricktownsend.com<br>gfinizio@kilpatricktownsend.com | Email |
| KINDER MORGAN, INC | KINDER MORGAN, INC | ATTN: ANDREW LEUNG, DIRECTOR OF CORPORATE DEVELOPMENT<br>1001 LOUISIANA ST., SUITE 1000<br>HOUSTON TX 77022 | Andrew_Leung@kindermorgan.com<br>Eric_McCord@kindermorgan.com<br>Julia_Forrester-Sellers@kindermorgan.com | Email |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: ADAM J. GOLDBERG, ESQ., WILLIAM O. RECKLER, ESQ., BLAKE T. DENTON, ESQ.<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | adam.goldberg@lw.com<br>william.reckler@lw.com<br>blake.denton@lw.com | Email |
| COUNSEL TO PEMBINA PIPELINE CORPORATION | LATHAM & WATKINS LLP | ATTN: SHAWN P. HANSEN, ESQ.<br>355 SOUTH GRAND AVENUE, SUITE 100<br>LOS ANGELES CA 90071 | shawn.hansen@lw.com | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, IN ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE FOR THE 6.000% NOTES DUE 2022 | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON<br>500 DELAWARE AVENUE, SUITE 1500<br>WILMINGTON DE 19801 | emonzo@morrisjames.com<br>bkeilson@morrisjames.com | Email |
| COUNSEL TO THE AD HOC NOTEHOLDER GROUP AND SPECIAL COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, INDENTURE TRUSTEE | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: MATTHEW O. TALMO, ROBERT J. DEHNEY, MATTHEW B. HARVEY<br>1201 NORTH MARKET STREET<br>16TH FLOOR<br>WILMINGTON DE 19801 | rdehney@morrisnichols.com<br>mharvey@morrisnichols.com<br>mtalmo@morrisnichols.com | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY<br>1850 M ST., NW 12TH FLOOR<br>WASHINGTON DC 20036 | kcordry@naag.org | Email |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE<br>1313 N. MARKET STREET<br>WILMINGTON DE 19801 | | First Class Mail |
| UNITED STATES TRUSTEE DISTRICT OF DELAWARE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: JOHN HENRY SCHANNE, II<br>844 KING STREET, STE 2207<br>LOCKBOX 35<br>WILMINGTON DE 19801 | john.schanne@usdoj.gov | First Class Mail and Email |
| PEMBINA CORPORATION | PEMBINA CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>4000,585 – 8TH AVENUE S.W.<br>CALGARY AB T2P 1G1 CANADA | | First Class Mail |
| THE LENDERS UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES | PEMBINA U.S. CORPORATION | ATTN: PRESIDENT OR GENERAL COUNSEL<br>16285 PARK TEN PL<br>STE 410<br>HOUSTON TX 77084-5092 | | First Class Mail |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | ATTN: PETE BUTTIGIEG<br>US DEPARTMENT OF TRANSPORTATION<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON DC 20590 | | First Class Mail |
| COUNSEL TO TUSCARORA GAS TRANSMISSION COMPANY AND GAS TRANSMISSION NORTHWEST CORPORATION | REED SMITH LLP | ATTN: JASON D. ANGELO<br>1201 NORTH MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801 | jangelo@reedsmith.com | Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO TUSCARORA GAS TRANSMISSION COMPANY AND GAS TRANSMISSION NORTHWEST CORPORATION | REED SMITH LLP | ATTN: OMAR J. ALANIZ, ESQ.<br>2850 N. HARWOOD STREET, SUITE 1500<br>DALLAS TX 75201 | oalaniz@reedsmith.com | Email |
| COUNSEL TO DEBTOR | RICHARDS LAYTON & FINGER, P.A. | ATTN: KEVIN GROSS, DANIEL J. DEFRANCESCHI, JOHN H. KNIGHT, BRETT M. HAYWOOD, DAVID T. QUEROLI, J. ZACHARY NOBLE, SHEILAH A. JENNINGS, EMILY R. MATHEWS<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | gross@rlf.com<br>defranceschi@rlf.com<br>knight@rlf.com<br>haywood@rlf.com<br>queroli@rlf.com<br>noble@rlf.com<br>sjennings@rlf.com<br>mathews@rlf.com | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | bankruptcy@coag.gov | First Class Mail and Email |
| STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | ATTN: BANKRUPTCY DEPT<br>1001 I STREET<br>P.O. BOX 2815<br>SACRAMENTO CA 95812-2815 |  | First Class Mail |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY, 10TH FLOOR<br>DENVER CO 80203 |  | First Class Mail |
| STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | ATTN; MARTHA RUDOLPH<br>4300 CHERRY CREEK DRIVE SOUTH<br>DENVER CO 80246-1530 |  | First Class Mail |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | Attorney.General@state.DE.US | First Class Mail and Email |
| STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | STATE OF DELAWARE DEPARTMENT OF NATURAL RESOURCES & ENVIRONMENTAL CONTROL (DNREC ONLINE) | ATTN: BANKRUPTCY DEPT<br>89 KINGS HWY<br>DOVER DE 19901 |  | First Class Mail |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AgInfo@ag.nv.gov | First Class Mail and Email |
| STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES (DEP) | STATE OF NEVADA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES (DEP) | DIVISION OF ENVIRONMENTAL PROTECTION<br>901 SOUTH STEWART STREET<br>SUITE 4001<br>CARSON CITY NV 89701–5249 |  | First Class Mail |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | consumer.hotline@doj.state.or.us | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | public.information@oag.state.tx.us | First Class Mail and Email |
| STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | ac@tceq.texas.gov | First Class Mail and Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | uag@utah.gov | First Class Mail and Email |
| STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>195 NORTH 1950 WEST<br>SALT LAKE CITY UT 84116 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPT<br>122 W 25TH ST<br>HERSCHLER BUILDING<br>CHEYENNE WY 82002 | keith.guille@wyo.gov | First Class Mail and Email |
| THE FEDERAL ENERGY REGULATORY COMMISSION | THE FEDERAL ENERGY REGULATORY COMMISSION | ATTN: KIMBERLY D. BOSE, SECRETARY, NATHANIEL J. DAVIS, SR., DEPUTY SECRETARY<br>888 FIRST STREET, NE<br>WASHINGTON DC 20426 | kimberly.bose@ferc.gov | First Class Mail and Email |
| UNITED STATES OF AMERICA | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: CHARLES OBERLY C/O ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>PO BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | First Class Mail and Email |
| US DEPARTMENT OF TRANSPORTATION | US DEPARTMENT OF TRANSPORTATION | ATTN: PETE BUTTIGIEG<br>1200 NEW JERSEY AVE, SE<br>WASHINGTON DC 20590 | | First Class Mail |
| COUNSEL TO KINDER MORGAN, INC. | WHITE & CASE LLP | ATTN: JASON N. ZAKIA<br>111 SOUTH WACKER DRIVE SUITE 5100<br>CHICAGO IL 60606-4302 | jzakia@whitecase.com | Email |
| COUNSEL TO KINDER MORGAN, INC. | WHITE & CASE LLP | ATTN: LAURA GARR<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020-1095 | lgarr@whitecase.com | Email |
| COUNSEL TO KINDER MORGAN, INC. | WHITE & CASE LLP | ATTN: THOMAS E LAURIA,  MICHAEL C. SHEPHERD, LAURA L. FEMINO, & SAMUEL KAVA<br>SOUTHEAST FINANCIAL CENTER<br>200 SOUTH BISCAYNE BLVD SUITE 4900<br>MIAMI FL 33131 | tlauria@whitecase.com<br>mshepherd@whitecase.com<br>laura.femino@whitecase.com<br>sam.kava@whitecase.com | Email |
| THE INDENTURE TRUSTEE UNDER THE DEBTOR'S PREPETITION SENIOR UNSECURED NOTES AND THE LENDERS UNDER THE DEBTOR'S PREPETITION SUBORDINATED NOTES | WILMINGTON SAVINGS FUND SOCIETY, FSB | ATTN: PATRICK J. HEALY, SVP AND DIRECTOR<br>500 DELAWARE AVENUE<br>WILMINGTON DE 19801 | PHEALY@WSFSBANK.COM | Email |

Exhibit B
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO PEMBINA PIPELINE CORPORATION | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: ALLISON S. MIELKE, MICHAEL R. NESTOR, KARA HAMMOND COYLE, JOSHUA B. BROOKS<br>RODNEY SQUARE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | mnestor@ycst.com<br>kcoyle@ycst.com<br>amielke@ycst.com<br>jbrooks@ycst.com<br>bankfilings@ycst.com | Email |