# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Ruby Pipeline, L.L.C.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10278 (CTG) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***")[2], the claims and noticing agent for the Debtor in the above-captioned chapter 11 case.

On October 19, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Fee Application Service List attached hereto as **Exhibit A**:

- Fourth Monthly Fee Application of PJT Partners LP as Investment Banker to the Debtor and Debtor-in-Possession for Allowance of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period of September 1, 2022 through September 30, 2022  [Docket No. 394]

In addition to the methods of service set forth herein, parties who have requested electronic notification of filing via the Bankruptcy Court's CM/ECF system were sent the above-referenced documents via electronic service.

[*Remainder of page intentionally left blank*]

---

[1] The last four digits of the Debtor's tax identification number are 2249. The main address of the Debtor is 1001 Louisiana Street, Houston, Texas 77002.

[2] Effective March 29, 2022, Prime Clerk LLC changed its name to Kroll Restructuring Administration LLC.

Dated: October 21, 2022

                                                         */s/ Alain B. Francoeur*
                                                        Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 21, 2022, by Alain B. Francoeur, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

**Exhibit A**

Exhibit A
Fee Application Service List
Served as set forth below

| NAME | ATTENTION | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R. Hoover, Esq. and Kevin M. Capuzzi, Esq. | 1313 North Market Street, Suite 1201, Wilmington, DE, 19801 | kcapuzzi@beneschlaw.com; jhoover@beneschlaw.com | First Class Mail and Email |
| Brown Rudnick LLP | Attn: Robert Stark, Esq. and Bennet S. Silverberg, Esq. | 7 Times Square, , New York, NY, 10036 | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; | First Class Mail and Email |
| Davis Polk & Wardell, LLP | Attn: Damien S. Schaible, Esq. and Aryeh Ethan Falk, Esq. | 450 Lexington Avenue, , New York, NY, 10017 | damian.schaible@davispolk.com; aryeh.falk@davispolk.com; | First Class Mail and Email |
| Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J. Dehney, Esq. and Matthew B. Harvey, Esq. | 1201 North Market Street, 16th Floor, Wilmington, DE, 19801 | rdehney@morrisnichols.com; mharvey@morrisnichols.com; | First Class Mail and Email |
| Richards, Layton & Finger, P.A. | Attn: Daniel DeFranceschi, Esq. and John H. Knight, Esq. | One Rodney Square, 920 N. King Street, Wilmington, DE, 19801 | defranceschi@rlf.com; knight@rlf.com; | Email |
| The Debtor, c/o Ruby Pipeline, L.L.C. | Attn: Eric McCord | 1001 Louisiana Street, , Houston, TX, 77002 | eric_mccord@kindermorgan.com | First Class Mail and Email |
| The Office of The United States Trustee for the District of Delaware | Attn: John Schanne, Esq. | 844 King Street, Suite 2207, Wilmington, DE, 19801 | john.schanne@usdoj.gov | First Class Mail and Email |

In re: Ruby Pipeline, L.L.C.
Case No. 22-10278 (CTG)

Page 1 of 1